No. 46. OREGON SHORT LINE RAILROAD COMPANY, PLAIN-
TIFF IN ERROR, *v.* ADDA McMANUS, ETC.  In error to the
St. Louis Court of Appeals, State of Missouri.  Submitted
November 11, 1907.  Decided December 2, 1907.  *Per Curiam.*
Writ of error dismissed for the want of jurisdiction.  *California
Powder Works* v. *Davis,* 151 U. S. 389; *Dower* v. *Richards,* 151
U. S. 658; *Sayward* v. *Denny,* 158 U. S. 180; *Michigan Sugar
Company* v. *Michigan,* 185 U. S. 112; *Mutual Life Insurance
Company* v. *McGrew,* 188 U. S. 291.  See opinion below, 118
Mo. App. 152.  *Mr. Martin L. Clardy* and *Mr. J. D. Howe*
for plaintiff in error.  *Mr. W. C. Marshall* and *Mr. Henry
W. Bond* for defendant in error.

---

No. 55. ALASKA COMMERCIAL COMPANY ET AL., PLAINTIFFS
IN ERROR, *v.* GEORGE H. MELSE ET AL.  In error to the Su-
preme Court of the State of Washington.  Argued November 14,
1907.  Decided December 2, 1907.  *Per Curiam.*  Judgment
affirmed with costs.  *Gold Washing and Water Company* v.
*Keyes,* 96 U. S. 199; *Chesapeake and Ohio Railway Company*
v. *Dixon,* 179 U. S. 134; *Kansas City Suburban Belt Railway
Company* v. *Herman,* 187 U. S. 63; *Alabama Great Southern
Railway Company* v. *Thompson,* 200 U. S. 206; *Morris* v.
*Gilmer,* 129 U. S. 328; *Offner* v. *Railroad Company,* 148 Fed.
Rep. 201; *Knuth* v. *Railway Company,* 148 Fed. Rep. 3.  *Mr.
William H. Gorham* for plaintiffs in error.  *Mr. Corwin S.
Shank* and *Mr. John C. Higgins* for defendants in error.

---

No. 72. EUGENE F. ROBINSON, APPELLANT, *v.* ANDREW
B. DUVALL, EXECUTOR, ETC., ET AL.  Appeal from the Court
of Appeals of the District of Columbia.  Argued and sub-
mitted December 13, 1907.  Decided December 16, 1907.
Decree affirmed with costs.  *Mr. Charles H. Merillat* and *Mr.*

*Mason N. Richardson* for appellant. *Mr. Edward H. Thomas* and *Mr. Andrew B. Duvall* for appellees.

---

No. 74. LOUIS STEWART, PLAINTIFF IN ERROR, *v.* THE STATE OF LOUISIANA. In error to the Supreme Court of the State of Louisiana. Submitted December 16, 1907. Decided December 23, 1907. *Per Curiam.* Writ of error dismissed for the want of jurisdiction. *Jacobi v. Alabama,* 187 U. S. 133, 386; *Railway Company v. McGuire,* 196 U. S. 128; *Cox v. Texas,* 202 U. S. 446; *West v. Louisiana,* 194 U. S. 258; *Chapin v. Fye,* 179 U. S. 127; *Louisiana v. Deffele,* 44 La. Ann. 581, and cases cited; *Louisiana v. Hennessy,* 44 La. Ann. 805. *Mr. Murphy J. Foster* for plaintiff in error. *Mr. Walter Guion* and *Mr. F. C. Zacharie* for defendant in error.

---

No. 83. VAL MARCINIAK, PLAINTIFF IN ERROR, *v.* THE STATE OF MINNESOTA. In error to the Supreme Court of the State of Minnesota. Argued December 17, 1907. Decided December 23, 1907. *Per Curiam.* Judgment affirmed with costs. *Natal v. Louisiana,* 139 U. S. 623; *Wilson v. North Carolina,* 169 U. S. 586; *Hamblin v. Western Land Company,* 147 U. S. 531. *Mr. Ernest S. Cary* and *Mr. Anson B. Jackson* for plaintiff in error. *Mr. A. C. Finney* and *Mr. Frank Healy* for defendant in error.

---

No. 88. THE CITY OF OMAHA ET AL., APPELLANTS; *v.* THE OMAHA WATER COMPANY. Appeal from the United States Circuit Court of Appeals for the Eighth Circuit. Argued December 19, 1907. Decided December 23, 1907. *Per Curiam.* Appeal dismissed for the want of jurisdiction. *Schlosser v. Hemphill,* 198 U. S. 173; *Boom Company v. United States,* 202